IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE VERIZON EMPLOYEE BENEFITS COMMITTEE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| EDWARD KOSINSKI, ET AL. | : | |
| | : | |
| v. | : | |
| | : | |
| HEWITT ASSOCIATES LLC | : | NO. 08-4202 |

## ORDER

AND NOW, this 3rd day of August 2009, upon consideration of third-party defendant Hewitt Associates, LLC's motion to dismiss and third-party plaintiff Edward Kosinski's response, defendant's reply and plaintiff's sur-reply thereto, it is hereby ORDERED that defendant's motion is GRANTED and the third-party complaint against Hewitt Associates, LLC is DISMISSED.

Counsel for the remaining parties should inform my Chambers (215-597-2750) within ten (10) business days of the date of this Order if a settlement conference with Magistrate Judge Restrepo might be productive.

/s Thomas N. O'Neill
THOMAS N. O'NEILL, JR.     J.