IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE VERIZON EMPLOYEE BENEFITS COMMITTEE | : : : : : : : : | CIVIL ACTION<br><br>NO. 08-04202 |
| v. | | |
| EDWARD KOSINSKI, et al. | | |

ORDER

AND NOW, this 3rd day of March, 2010, in consideration of defendant Edward Kosinski's motion for summary judgment, plaintiff's response, defendant Timothy Carman's response, defendant Edward Kosinski's replies and oral argument, it is hereby ORDERED that judgment is ENTERED in favor of Edward Kosinski and against Timothy Carman.

It is FURTHER ORDERED that the remaining parties conduct such settlement discussions as they deem necessary. They should provide a status update within thirty days from the date of this Order.

/s/ THOMAS N. O'NEILL, JR.
THOMAS N. O'NEILL, JR., J.